UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT LEE MURRAY** | * | **CIVIL ACTION NO.** |
| | * | |
| **Plaintiff** | * | |
| **VERSUS** | * | |
| | * | |
| **JEFFERSON PARISH SCHOOL BOARD** | * | |
| **KELLY SERVICES, INC., KELLY** | * | |
| **EDUCATIONAL STAFFING AND THEIR** | * | |
| **INSURERS, ABC INSURANCE COMPANIES** | * | |
| | * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff, ROBERT LEE MURRAY, a resident of the Parish of Orleans, State of Louisiana, complaining against the Defendants, who alleges as follows:

JURISDICTION

I.

This is a civil action seeking damages and other equitable relief against the defendants, Jefferson Parish School Board, Kelly Services, Inc. and Kelly Educational Staffing for committing acts under color of law, which deprived the plaintiff, Robert Lee Murray, of his civil rights as guaranteed by the Constitution and laws of the United States of America and thus defendants violated Title VII of the Civil Rights Act of 1964, and 42 U.S.C. § 1983, by discriminating against Robert Lee Murray on the basis of his race and national origin through employment discrimination.

VENUE

II.

The unlawful actions about which plaintiff complains occurred with the Eastern District of Louisiana, in the Parish of Orleans. Pursuant to 28 U.S.C. 1391, this Honorable Court is a proper venue for this action.

THE PARTIES

III.

At all times relevant hereto, plaintiff, Robert Lee Murray, "Murray," is a person of full age and majority, resident of Orleans Parish, citizen of the United States of America and domiciled in the Eastern District of Louisiana, who was a candidate for employment by Jefferson Parish School Board employed by Kelly Services, Inc. in Orleans Parish.

At all times relevant thereto, defendant, Jefferson Parish School Board, "JPSB", was a governmental body operating in Jefferson Parish.

At all times relevant thereto, defendant, Kelly Services, Inc., "Kelly", was a non-Louisiana business corporation registered in Delaware, that is registered to do business in the State of Louisiana with its principal business office in Michigan.

At all times relevant thereto, defendant, Kelly Educational Staffing,"KES", was a domestic business corporation registered and doing business in the State of Louisiana.

At all times relevant thereto, defendants were insured by ABC insurance companies, fictitious foreign, non-Louisiana business corporations registered and doing business in the State of Louisiana.

FACTS

IV.

On or about July 10, 2018, Murray was hired as an employee of Kelly, and was initially hired as a substitute teacher by JPSB through Kelly. KES acts as a contractor to JPSB for background and criminal records checks. KES did the background check and found offenses committed by Murray more twenty-five (25) years ago; however, it is the legal policy of JPSB not to consider, for hiring purposes, offenses committed more than ten (10) years ago. Nevertheless, Murray was dismissed from employment. Murray was told that a new law had taken effect July 1, 2018, and that was the reason he was fired from employment. Moreover, the criminal background check was seriously flawed. Murray avers that he was not given an opportunity to challenge and/or dispute (in writing or verbally) the erroneous information presented in the flawed criminal background report.

On December 6, 2018 Murray filed a complaint with the United States Equal Employment Opportunity Commission, ("EEOC"), New Orleans, Louisiana field office, based on violations of Title VII of the Civil Rights Act of 1964.

DAMAGES

V.

As a direct result of defendants' unlawful actions, Murray has suffered non-economic harm in the form of emotional distress, pain, humiliation and embarrassment. Additionally, as a direct result of defendants' unlawful actions, plaintiff has suffered economic harm in the form of lost wages and benefits and has sustained other pecuniary losses.

RELIEF REQUESTED

VI.

WHEREFORE, plaintiff, Robert Lee Murray, prays that this Honorable Court cause service to be issued upon defendants. Plaintiff further demands that upon hearing of this Cause, prays that this Honorable Court:

a) Award plaintiff back pay, lost benefits, and other pecuniary losses proximately caused by defendants' unlawful conduct;

b) Award plaintiff compensatory damages against defendants in an amount to be determined by this Honorable Court;

c) Award plaintiff punitive damages against defendants in an amount to be determined by this Honorable Court;

d) Award plaintiff all costs, disbursements, pre-judgment interest, post-judgment interest, expert witness fees and reasonable attorneys' fees allowed under actions brought pursuant to Title VII of the Civil Rights Acts of 1964, and 42 U.S.C. §1983; and

e) Such further relief as is deemed just and proper.

Dated this 9th day of November, 2020.

Respectfully submitted,

/s/ Sharon D. Williams
SHARON D. WILLIAMS
Bar No. 27730
1100 Poydras Street, Suite 2900
New Orleans, Louisiana 70163
Telephone: (504)585-7339
Facsimile: (504)585-7301
Email: holtlawfirm.neworleans@yahoo.com
Attorney for Robert Lee Murray